UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RICHARD M. ZELMA,**

**v.**                              **Plaintiff,**

**CHOICE ENERGY, LLC, et al.,**

**Defendants.**

Civil Action No. 19-17535 (CCC)

**ORDER**

**IT IS on this 7th day of April, 2020**

**ORDERED THAT:**

1. Discovery shall be completed not later than **August 7, 2020**. No discovery shall be issued or engaged in thereafter.

2. No motion to compel discovery or to resolve a discovery dispute shall be entertained unless the motion is filed not later than the date for completion of discovery.

3. Motions to add parties or to amend pleadings shall be filed by **July 7, 2020**. The parties are barred from moving to add parties or amend pleadings thereafter.

4. Any pro se litigant shall serve on counsel for all parties and any other pro se litigant a copy of every pleading or other document submitted to the Court and shall include with any such pleading or document a certificate of service, which shall recite what pleading or document is being served and the date of service.

5.      All dispositive motions shall be filed by **September 7, 2020**. Opposition papers shall be filed by **October 7, 2020**; reply papers shall be filed by **October 21, 2020**. All motion papers shall be filed directly with Judge Cecchi.

 

s/Mark Falk
**MARK FALK**
**Chief U.S Magistrate Judge**